UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JOAN M. HALL, | ) | CASE NO. 1:09 CV 2465 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | <u>ORDER</u> |
| US BANCORP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

In an entry dated December 16, 2009, plaintiff was ordered either to pay the full filing fee or to file a proper Financial Application and prisoner account statement within 30 days. Although that 30 day period has expired, plaintiff has neither paid the filing fee nor filed a proper Financial Application with a certified prisoner account statement.

Accordingly, this action must be and is hereby dismissed without prejudice. *McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).[1] Further, the Court certifies, pursuant to 28 U.S.C. §

---

[1] Although plaintiff filed a Motion to Extend Filing Fee Date on January 6, 2010, that Motion requests time to pay the fee in full, and does not suggest an intention to comply with the court's order to file an appropriate Financial Application and prisoner account as required by *McGore*. *See McGore*, 114 F.3d at 605.

1915(a)(3), that an appeal from this decision could not be taken in good faith.

  IT IS SO ORDERED.

              /s/*SOLOMON OLIVER JR.*
              UNITED STATES DISTRICT JUDGE

January 27, 2010